# WESTERMANN SHEEHY KEENAN SAMAAN & AYDELOTT, LLP

90 MERRICK AVENUE
SUITE 802
EAST MEADOW, NEW YORK 11554

TELEPHONE (516) 794-7500
TELECOPIER (516) 794-1277

DAVID WESTERMANN, JR.
CHRISTOPHER J. SHEEHY
CHRISTOPHER P. KEENAN*
PETER S. SAMAAN
STEPHEN J. GILLESPIE**
MICHAEL F. KUZOW***
MICHAEL F. MCGOWAN
JOANNE E. BELL
JAMIE B. JOHNSON
MICHAEL J. ROSENTHAL

BARBARA LITCHER-BUTLER
MATTHEW A. BIALOR
ATANASIO FERNANDEZ SANCHEZ
ASHLEY A. PRATT

OF COUNSEL
LEONARD M. RIDINI, JR.
ANTHONY SAMMARTANO
SETH D. ROSMARIN
MICHAEL MCDERMOTT
TIMOTHY J. LENANE
JUDITH A. AYDELOTT
GORDON B. AYDELOTT

* Also Admitted in CT
** Also Admitted in NJ
*** Also Admitted in OK and TX

WHITE PLAINS OFFICE
222 BLOOMINGDALE ROAD
SUITE 305
WHITE PLAINS, N.Y. 10605
TELEPHONE (914) 946-7770
TELECOPIER (914) 946-4587

NEW JERSEY OFFICE
THE COMMONS - SUITE 6
82 EAST ALLENDALE ROAD
SADDLE RIVER, N.J. 07458
TELEPHONE (201) 995-0890
TELECOPIER (201) 934-8681

CONNECTICUT OFFICE
745 POST ROAD
DARIEN, CT 06820
TELEPHONE (203) 661-8977

June 13, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2019

BY ECF

Hon. Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Application GRANTED. SO ORDERED.
Dated: June 14, 2019

Rendon, et al. v. Continental Hosts, Ltd., et al.
Case No. 1:19-cv-02482-PGG-SDA

Dear Judge Aaron:

We represent defendant, Albert Duga, in this action.

We write to request a further extension of the time in which Mr. Duga has to answer or move in response to the complaint in this action until August 1, 2019, after the scheduled mediation on July 25, 2019. Plaintiffs' counsel has consented to this request.

Thank you for your consideration of this matter.

Respectfully,

Jamie Brody Johnson

cc: Jesse S. Barton, Esq. (by ECF)