**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Israel Efrain Rendon, et al.,** | |
| **Plaintiffs,** | **1:19-cv-02482 (PGG) (SDA)** |
| **-against-** | **ORDER FOR A TELEPHONE** |
| **Continental Hosts, Ltd., et al.,** | **CONFERENCE** |
| **Defendants,** | |

**Continental Hosts, Ltd.,**

**Third-Party Plaintiff,**

**-against-**

**Homestyle Hospitality LLC, et al.,**

**Third-Party Defendants.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/23/2020___

**STEWART D. AARON, United States Magistrate Judge:**

Due to recent public health concerns, the settlement conference scheduled for April 29, 2020, at 10 a.m., shall proceed as a telephone conference during which the Court shall hear the various parties' positions regarding settlement. While the Court understands that certain parties are opposed to conducting a settlement conference by telephone, the Court wishes to explore during the call whether settlement can be reached or whether other remote options are available and appropriate. Each party's clients or client representatives may participate in the call, but are not required to do so.

The Court will provide dial-in information to the parties by email before the conference.

**SO ORDERED.**

DATED:      New York, New York
               March 23, 2020

_____
STEWART D. AARON
United States Magistrate Judge