```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Israel Efrain Rendon, et al., <br><br>       Plaintiffs, <br><br> -against- <br><br> Continental Hosts, Ltd., et al., <br><br>       Defendants, <br><br> Continental Hosts, Ltd., <br><br>       Third-Party Plaintiff, <br><br> -against- <br><br> Homestyle Hospitality LLC, et al., <br><br>       Third-Party Defendants. | 1:19-cv-02482 (PGG) (SDA) <br><br> **ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

  It is hereby Ordered that the parties shall file a Joint Letter regarding the status of discovery on Wednesday, October 28, 2020.

**SO ORDERED.**

DATED:   New York, New York
      September 4, 2020

_____
STEWART D. AARON
United States Magistrate Judge