UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Israel Efrain Rendon, et al.,

                Plaintiffs,

-against-

Continental Hosts, Ltd., et al.,

                Defendants,

Continental Hosts, Ltd.,

                Third-Party Plaintiff,

-against-

Homestyle Hospitality LLC, et al.,

                Third-Party Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2020

1:19-cv-02482 (PGG) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

       The parties shall appear via Telephone for a conference in the above-captioned matter on Monday, November 9, 2020, at 3:00 p.m. to address the parties' discovery disputes. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
            November 5, 2020

_____
STEWART D. AARON
United States Magistrate Judge