USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/09/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Israel Efrain Rendon, et al.,

                    Plaintiffs,

      -against-

Continental Hosts, Ltd., et al.,

                    Defendants,

Continental Hosts, Ltd.,

                    Third-Party Plaintiff,

      -against-

Homestyle Hospitality LLC, et al.,

                    Third-Party Defendants.

1:19-cv-02482 (PGG) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephonic conference in the above-captioned matter held today to address the parties' discovery disputes, and for the reasons stated on the record, it is hereby ORDERED, as follows:

1. Plaintiffs' interrogatories (ECF No. 134-1) were served after the agreed-upon, Court-ordered deadline for service of interrogatories. Moreover, many of the interrogatories are outside the scope of the interrogatories permitted by Local Civil Rule 33.3. Because Plaintiffs have received (or will receive) the information to which they are entitled under Local Civil Rule 33.3 from Defendants' initial disclosures,

pursuant to Federal Rule of Civil Procedure 26(a), Defendants shall not respond to Plaintiffs' interrogatories.

2. Each of the parties that has not yet served it or their initial disclosures shall do so no later than November 16, 2020. Any party whose initial disclosures are deficient shall supplement them no later than November 16, 2020.

3. No later than December 9, 2020, counsel for Continental Hosts, Ltd. shall make available for inspection by Plaintiffs' counsel the boxes of documents identified during today's call within the limitations discussed during the call.

4. The Homestyle Defendants shall respond or object to Plaintiffs' document requests no later than November 23, 2020. The Homestyle Defendants shall commence document production promptly thereafter on a rolling basis.

5. Plaintiffs shall meet and confer with Defendants Duga and Dornfeld regarding document production.

6. Plaintiffs shall produce their witnesses for depositions within 60 days, which depositions shall be held remotely.

The Clerk of Court is respectfully requested to terminate the gavel at ECF No. 130.

**SO ORDERED.**

DATED:   New York, New York
         November 9, 2020

_____
STEWART D. AARON
United States Magistrate Judge

2