UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Israel Efrain Rendon, et al.,

                Plaintiffs,

-against-

Continental Hosts, Ltd., et al.,

                Defendants,

Continental Hosts, Ltd.,

                Third-Party Plaintiff,

-against-

Homestyle Hospitality LLC, et al.,

                Third-Party Defendants.

1:19-cv-02482 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Plaintiffs' Letter Motion to compel (ECF No. 139) is GRANTED IN PART and DENIED IN PART. Applying principles of proportionality, the Court in its discretion hereby ORDERS that the Continental Defendants promptly shall arrange to have the 12 boxes of documents delivered to the offices of Plaintiffs' counsel to be received no later than January 22, 2021. After Plaintiffs' counsel's review of the boxes is complete, Plaintiffs' counsel shall deliver the boxes to the offices of the Continental Defendants' counsel (which the Court takes judicial notice is a few blocks away).

    The Court reiterates its prior Order (ECF No. 141) that the court-ordered depositions of Plaintiffs Israel Efrain Rendon, Santos Marlene Lopez Siguenza and Pantaleon Leon shall proceed

on the dates previously agreed by the parties and shall be concluded no later than January 29, 2021. In addition, no later than January 15, 2021, counsel for the Continental Defendants shall provide to Plaintiffs available dates for the deposition of their witnesses.

**SO ORDERED.**

DATED:   New York, New York
         January 11, 2021

_____
STEWART D. AARON
United States Magistrate Judge