UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ISRAEL EFRAIN RENDON, PANTALEON
LEON, and SANTOS MARLENE LOPEZ
SIGUENZA, individually and on behalf of others         Case No.: 1:19-cv-02482
similarly situated,
                                                       **JUDGMENT**

                Plaintiffs,

-against-

CONTINENTAL HOSTS, LTD. (d/b/a GLEN
ISLAND HARBOUR CLUB), BRUCE R. LEWIN,
JAMIE MEADOW, ALBERT DUGA, and
STUART DORNFELD and HOMESTYLE
HOSPITALITY LLC,

                Defendants
-----------------------------------------------------------------X
CONTINENTAL HOSTS, LTD. (d/b/a GLEN
ISLAND HARBOUR CLUB),

                Third-Party Plaintiff,

-against-

HOMESTYLE HOSPITALITY LLC,
HOMESTYLE CATERERS AND FOOD
SERICE LLC, HOMESTYLE AT
WESTCHESTER COUNTY CENTER LLC,
HOMESTYLE CATERERS AND FOOD
SERVICE II LLC, and JOAL LAKE LLC,

                Third-Party Defendants
-----------------------------------------------------------------X

              February 18, 2021
       On _____ Plaintiffs filed notice(s) of acceptance of offer of

judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

      NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

      That the Plaintiffs ISRAEL EFRAIN RENDON, PANTALEON LEON, and SANTOS

MARLENE LOPEZ SIGUENZA, have judgment against Defendants CONTINENTAL HOSTS,

LTD. (d/b/a GLEN ISLAND HARBOUR CLUB), BRUCE R. LEWIN, JAMIE MEADOW, jointly and severally, in the amount of $132,500 (one hundred thirty-two thousand five hundred dollars and zero cents exactly) which is inclusive of attorneys' fees and costs; and,

That the Plaintiffs ISRAEL EFRAIN RENDON, PANTALEON LEON, and SANTOS MARLENE LOPEZ SIGUENZA, have judgment against Defendant STUART DORNFELD, in the amount of $5,000.00 (five thousand dollars and zero cents exactly) which is inclusive of attorneys' fees and costs; and,

That the Plaintiffs ISRAEL EFRAIN RENDON, PANTALEON LEON, and SANTOS MARLENE LOPEZ SIGUENZA, have judgment against Defendant ALBERT DUGA, in the amount of $5,000.00 (five thousand dollars and zero cents exactly) which is inclusive of attorneys' fees and costs.

Dated: ___March 18_____, 2021     SO ORDERED,

_____
Paul G. Gardephe
United States District Judge