UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Israel Efrain Rendon, et al.,

                Plaintiffs,

    -against-

Continental Hosts, Ltd., et al.,

                Defendants,

Continental Hosts, Ltd.,

                Third-Party Plaintiff,

    -against-

Homestyle Hospitality LLC, et al.,

                Third-Party Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2021

1:19-cv-02482 (PGG) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Pursuant to ECF 145, the deadline for fact discovery is April 21, 2021. No later than April 22, 2021, the remaining parties shall file a joint letter setting forth (1) whether they intend to use experts in this case and, if so, a proposed schedule for the completion of expert discovery; and (2) whether any dispositive motions will be filed and, if so, a proposed schedule for such motions.

**SO ORDERED.**

DATED:    New York, New York
                March 22, 2021

_____
STEWART D. AARON
United States Magistrate Judge