```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:____4/23/2021____
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**Israel Efrain Rendon, et al.,**

        **Plaintiffs,**

    **-against-**

**Continental Hosts, Ltd., et al.,**

        **Defendants,**

---

**Continental Hosts, Ltd.,**

        **Third-Party**
        **Plaintiff,**

    **-against-**

**Homestyle Hospitality LLC, et al.,**

        **Third-Party**
        **Defendants.**

---

**1:19-cv-02482 (PGG) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Thursday, April 29, 2021, at 12:00 p.m. EDT to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:   New York, New York
        April 23, 2021

_____
STEWART D. AARON
United States Magistrate Judge