**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/29/2021___

| | |
|---|---|
| **Israel Efrain Rendon, et al.,** | |
| **Plaintiffs,** | |
| **-against-** | |
| **Continental Hosts, Ltd., et al.,** | |
| **Defendants,** | |
| **Continental Hosts, Ltd.,** | |
| **Third-Party Plaintiff,** | |
| **-against-** | |
| **Homestyle Hospitality LLC, et al.,** | |
| **Third-Party Defendants.** | |

**1:19-cv-02482 (PGG) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the remaining parties held on April 29, 2021, the Court hereby ORDERS as follows:

No later than Thursday, May 6, 2021, Defendant, Homestyle Hospitality LLC, shall respond in the manner discussed during today's conference to the seven items enumerated in footnote 1 of Plaintiffs' letter to the Court dated April 20, 2021 (ECF No. 164). The parties shall then promptly meet and confer before bringing to the Court any disputes related to those items no later than Friday, May 28, 2021.

Defendant's motion for summary judgment shall be briefed according to the following schedule: Defendant's motion papers shall be due by June 11, 2021; Plaintiffs' opposition papers shall be due by July 12, 2021; and Defendant's reply papers shall be due by August 6, 2021.

**SO ORDERED.**

Dated:　New York, New York
　　　　April 29, 2021

_____
STEWART D. AARON
United States Magistrate Judge