# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 East 42nd Street, Suite 2540
New York, New York 10165

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2021

July 8, 2021

**VIA ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Motion GRANTED, *nunc pro tunc*. SO ORDERED.
Dated: July 14, 2021

Re:    Rendon, et al v. Continental Hosts, Ltd., et al
       <u>Docket No.: 19-cv-02482 (PGG) (SDA)</u>

Your Honor:

        Our office represents Plaintiffs in the above-referenced matter.  We write, with the consent of defense counsel for Defendant Homestyle Hospitality LLC, to respectfully request a two-week extension of the deadline to submit Plaintiffs' opposition to Defendant's motion for summary judgment, which is currently due on Monday, July 12, 2021, and a corresponding two-week extension for Defendants to submit their reply.  This is the first request of its kind.  The reason for the request is that the attorney of record for Plaintiffs in the above-referenced matter is currently out of the office.

        The undersigned conferred with defense counsel and respectfully submits the following proposed deadlines:

        Plaintiffs' opposition papers, which are currently due on July 12, 2021, shall be extended to July 26, 2021; and

        Defendant's reply papers, which are currently due on August 6, 2021, shall be extended to August 20, 2021.

        Plaintiffs thank the Court for its time and consideration of this matter.

                                        Respectfully Submitted,

                                        _____/s/_____
                                        William K. Oates
                                        Michael Faillace & Associates, P.C.
                                        *Attorneys for Plaintiffs*

cc:  Counsel for Defendants (via ECF)

*Certified as a minority-owned business in the State of New York*