UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ISRAEL EFRAIN RENDON, PANTALEON
LEON, and SANTOS MARLENE LOPEZ
SIGUENZA, individually and on behalf         Case 1:19-cv-2482 (PGG) (SDA)
of others similarly situated,

                Plaintiffs,         **JUDGMENT**

-against-

CONTINENT AL HOSTS, LTD. ( d/6/a
GLEN ISLAND HARBOUR CLUB),
BRUCE LEWIN, JAMIE MEADOW,
ALBERT DUGA, STUART DORNFELD
and HOMESTYLE HOSPITALITY LLC,

                Defendants.
---------------------------------------------------------x

    On _____ Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That Plaintiffs ISRAEL EFRAIN RENDON, PANTALEON LEON, and SANTOS MARLENE LOPEZ SIGUENZA, have judgment against Defendant HOMESTYLE HOSPITALITY LLC (collectively "Defendant"), jointly and severally, in the amount of $5,000.00, (Five Thousand Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.

.

Dated: _____, 20\_\_         SO ORDERED,

                                                _____