UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ISRAEL EFRAIN RENDON, PANTALEON
LEON, and SANTOS MARLENE LOPEZ
SIGUENZA, individually and on behalf        Case 1:19-cv-2482 (PGG) (SDA)
of others similarly situated,

                     Plaintiffs,        **JUDGMENT**

-against-

CONTINENT AL HOSTS, LTD. ( d/6/a
GLEN ISLAND HARBOUR CLUB),
BRUCE LEWIN, JAMIE MEADOW,
ALBERT DUGA, STUART DORNFELD
and HOMESTYLE HOSPITALITY LLC,

                     Defendants.
-----------------------------------------------------------x

      On August 3, 2021 Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

      NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That Plaintiffs ISRAEL EFRAIN RENDON, PANTALEON LEON, and SANTOS MARLENE LOPEZ SIGUENZA, have judgment against Defendant HOMESTYLE HOSPITALITY LLC (collectively "Defendant"), jointly and severally, in the amount of $5,000.00, (Five Thousand Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.

The Clerk of Court is directed to close the case. Any pending motions are moot.

Dated: August 31, 2021        SO ORDERED.

                                                   _Paul G. Gardephe_
                                                   Paul G. Gardephe
                                                   United States District Judge